PROB 35

**ORDER TERMINATING SUPERVISED RELEASE
PRIOR TO EXPIRATION DATE**

**UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| vs. | ) **Docket Number: 1:02CR05479-01 AWI** |
| **Edmundo Cosio** | ) |

On November 27, 2000, the above-named was placed on Supervised Release for a period of 4 years. He has complied with the rules and regulations of supervision. It is accordingly recommended that he be discharged from supervision.

Respectfully submitted,

/s/ Marlene K. DeOrian

**Marlene K. DeOrian
United States Probation Officer**

Dated:   September 16, 2005
         Fresno, California

**REVIEWED BY:**   /s/ Bruce A. Vasquez
         **Bruce A. Vasquez
         Supervising United States Probation Officer**

Rev. 03/2005
PROB35.MRG

**Re:    Edmundo Cosio**
       **Docket Number:   1:02CR05479-01 AWI**
       **ORDER TERMINATING SUPERVISED RELEASE**
       **PRIOR TO EXPIRATION DATE**

---

## ORDER OF COURT

It is ordered that the probationer be discharged from supervised release, and that the proceedings in the case be terminated.
IT IS SO ORDERED.

**Dated:    October 12, 2005**              /s/ Anthony W. Ishii
0m8i78                                   UNITED STATES DISTRICT JUDGE